### 45305. RIGGINS v. THE STATE.

HALL, Presiding Judge. The defendant appeals from his conviction on a two-count indictment charging aggravated sodomy. He was sentenced to one year on each count to follow a life sentence imposed in the same trial on the charge of rape.

As the same enumerations of error were presented to the Supreme Court in the rape case, its decision controls here. See *Riggins v. State*, 226 Ga. 381.

*Judgment reversed. Deen and Evans, JJ., concur.*

SUBMITTED MAY 6, 1970—DECIDED MAY 28, 1970.

*Margaret Hopkins, Jess H. Watson,* for appellant.

*Lewis R. Slaton, District Attorney, Carter Goode, John A. Nuckolls, Tony H. Hight,* for appellee.